# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40925
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 18, 2016

Lyle W. Cayce
Clerk

JIMMY LEE SHARBUTT,

Petitioner–Appellant,

versus

N. VASQUEZ, Warden,

Respondent–Appellee.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:13-CV-514

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

This court affirmed the denial of Jimmy Sharbutt's petition for habeas corpus relief under 28 U.S.C. § 2241. *Sharbutt v. Vasquez*, 600 F. App'x 251

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40925

(5th Cir. 2015) (per curiam). The Supreme Court vacated and remanded "for further consideration in light of" *Mathis v. United States*, 136 S. Ct. 2243 (2016). *Sharbutt v. Vasquez*, 136 S. Ct. 2538 (2016). On remand, we requested letter briefs from the parties, who agree, albeit for different reasons, that remand to the district court is proper.

IT IS ORDERED that this matter is REMANDED for reconsideration in light of applicable law, including the most recent developments in the law pertaining to this dispute. We place no limitations on the matters the district court may consider, as needed, on remand.